# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB FIGUEROA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CAPITAL ONE, N.A. and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 18cv692 JM(BGS)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT CAPITAL ONE, N.A.'S TIME TO RESPOND TO INITIAL COMPLAINT** |

Having considered the parties' Joint Motion to Extend Defendant Capital One, N.A.'s Time to Respond to Initial Complaint, the Court finds good cause to exist for this request and hereby GRANTS the motion as follows:

Defendant Capital One, N.A. shall file a responsive pleading to Plaintiff's Complaint on or before June 1, 2018.

**IT IS SO ORDERED.**

Dated: April 25, 2018

Hon. Jeffrey T. Miller
United States District Judge

18cv0692