# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB FIGUEROA and MARY JACKSON, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CAPITAL ONE, N.A. and DOES 1 through 100 inclusive,<br><br>　　　　Defendants. | Case No. 18cv692 JM(BGS)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANT CAPITAL ONE, N.A.'S TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT** |

Having considered the parties' Joint Motion to Extend Defendant Capital One, N.A.'s Time to Respond to the First Amended Class Action Complaint, the Court finds good cause exists for this request and hereby GRANTS the motion as follows:

Defendant Capital One, N.A. shall file a responsive pleading to Plaintiff's First Amended Class Action Complaint on or before July 13, 2018.

**IT IS SO ORDERED.**

Dated: June 4, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Jeffrey T. Miller
　　　　　　　　　　　　　　　　United States District Judge