**KALIEL PLLC**
Jeffrey D. Kaliel (CA Bar No. 238293)
jkaliel@kalielpllc.com
Sophia G. Gold (CA Bar No. 307971)
sgold@kalielpllc.com
1875 Connecticut Ave., NW, 10th Floor
Washington, D.C. 20009
Tel:    202.350.4783

**CARLSON LYNCH LLP**
Todd D. Carpenter (CA Bar No. 234464)
tcarpenter@carlsonlynch.com
(Eddie) Jae K. Kim (CA Bar No. 236805)
ekim@carlsonlynParch.com
Scott G. Braden (CA Bar No. 305051)
sbraden@carlsonlynch.com
1350 Columbia Street, Ste. 603
San Diego, California 92101
Tel:    619.762.1900
Fax:    619.756.6991

*Attorneys for Plaintiffs
and the Putative Class*

**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
EVAN LADD (SBN 323164)
eladd@dollamir.com
725 S. Figueroa Street, Suite 3275
Los Angeles, California 90017
Tel:    213.542.3380
Fax:    213.542.3381

*Attorneys for Defendant,
Capital One, N.A.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB FIGUEROA and MARY JACKSON, on Behalf of Themselves and All Others Similarly Situated,<br><br>             Plaintiffs,<br><br>v.<br><br>CAPITAL ONE, N.A., and Does 1-100, inclusive,<br><br>             Defendant. | Case No. 3:18-cv-00692-JM-BGS<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiffs Jacob Figueroa and Mary Jackson ("Plaintiffs"), individually, and on behalf of all others similarly situated, by and through their attorneys, and Defendant Capital One, N.A. ("Defendant"), by and through its attorneys, provide this notice to the Court that the parties have reached an agreement in principle to resolve Plaintiffs' claims on behalf of the putative class. The parties participated in a full day mediation with JAMS mediator Bruce Friedman on March 4, 2020.

The parties require time to draft and execute a settlement agreement, and to arrange for other details. Accordingly, the parties anticipate filing within 60 days a Motion for Preliminary Approval of the settlement. In the meantime, the parties request that the Court hold all deadlines in this matter in abeyance and issue an order staying all further proceedings in this case.

**THEREFORE, THE PARTIES JOINTLY REQUEST THE FOLLOWING:**

1.  The Court hold all deadlines in this matter in abeyance and issue an order staying all further proceedings in this case pending the filing of a motion for preliminary approval of class settlement.

Dated: March 6, 2020   **CARLSON LYNCH, LLP**

*/s/ Todd D. Carpenter*
Todd D. Carpenter

*Attorneys for Plaintiffs
and the Putative Class*

Dated: March 6, 2020   **DOLL AMIR & ELEY LLP**

*/s/ Hunter R. Eley*
Hunter R. Eley

*Attorneys for Defendant,
Capital One, N.A.*

## ATTESTATION

I, Todd D. Carpenter, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.

Dated: March 6, 2020

**CARLSON LYNCH, LLP**

*/s/ Todd D. Carpenter*
Todd D. Carpenter

*Attorneys for Plaintiffs
and the Putative ClasS*