**CARLSON LYNCH, LLP**
Todd D. Carpenter (SBN 234464)
tcarpenter@carlsonlynch.com
(Eddie) Jae K. Kim (SBN 236805)
ekim@carlsonlynch.com
Scott G. Braden (SBN 305051)
sbraden@carlsonlynch.com
1350 Columbia Street, Ste. 603
San Diego, California 92101
Telephone:  619.762.1900

**KALIEL PLLC**
Jeffrey Kaliel (SBN 238293)
jkaliel@kaliellpllc.com
Sophia Goren Gold (SBN 307971)
sgold@kaliellpllc.com
1875 Connecticut Ave. NW, 10th Floor
Washington, DC  20009
Telephone:  202.350.4783

*Counsel for Plaintiffs and the Settlement Class*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB FIGUEROA AND MARY JACKSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE, N.A.,<br><br>Defendant. | Case No.: 18-cv-692-JM(BGS)<br><br>**PLAINTIFFS' AMENDED NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND FOR CERTIFICATION OF SETTLEMENT CLASS**<br><br>Date:   June 8, 2020<br>Time:   10:30 a.m.<br>Judge:  Hon. Jeffrey T. Miller<br>Place:  Courtroom 5D (5th Flr.) |

AMENDED NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS
SETTLEMENT AND FOR CERTIFICATION OF SETTLEMENT CLASS

18cv692 JM(BGS)

PLEASE TAKE NOTICE that, on June 8, 2020, at 10:30 a.m., or as soon thereafter as the matter may be heard by the Honorable Jeffrey T. Miller in Courtroom 5D of this Court, Plaintiffs Jacob Figueroa and Mary Jackson, will, and hereby do, move this Court, pursuant to Federal Rule of Civil Procedure 23(e), for an order granting preliminary approval of the class action settlement reached by the parties, and to enter the Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Settlement and for Certification of the Settlement Class, concurrently filed herewith.

This unopposed motion is based on this Notice, the supporting Memorandum of Points and Authorities, the Declaration of Jeffrey Kaliel, the Settlement Agreement, including the exhibits in support thereof, all of which are filed and served concurrently herewith, as well as all papers and pleadings on file herein, and any oral argument the Court may choose to entertain at the preliminary approval hearing.

Respectfully submitted,

Dated: May 8, 2020

**CARLSON LYNCH LLP**

By: _/s/Todd D. Carpenter_

Todd D. Carpenter (SBN 234464)
tcarpenter@carlsonlynch.com
(Eddie) Jae K. Kim (SBN 236805)
ekim@carlsonlynch.com
Scott G. Braden (SBN 305051)
sbraden@carlsonlynch.com
1350 Columbia St., Ste. 603
San Diego, CA 92101
Telephone:  619-762-1900
Facsimile:  619-756-6991

**KALIEL PLLC**
Jeffrey Kaliel (SBN 238293)
jkaliel@kalielpllc.com
Sophia Goren Gold (SBN 307971)
sgold@kalielpllc.com
1875 Connecticut Ave. NW, 10th Floor
Washington, DC  20009
Telephone:  202.350.4783

*Counsel for Plaintiffs and the Settlement Class*