**CARLSON LYNCH, LLP**
Todd D. Carpenter (SBN 234464)
tcarpenter@carlsonlynch.com
(Eddie) Jae K. Kim (SBN 236805)
ekim@carlsonlynch.com
Scott G. Braden (SBN 305051)
sbraden@carlsonlynch.com
1350 Columbia Street, Ste. 603
San Diego, California 92101
Telephone:  619.762.1900

**KALIEL PLLC**
Jeffrey Kaliel (SBN 238293)
jkaliel@kalielpllc.com
Sophia Goren Gold (SBN 307971)
sgold@kalielpllc.com
1875 Connecticut Ave. NW, 10th Floor
Washington, DC  20009
Telephone:  202.350.4783

*Counsel for Plaintiffs and the Settlement Class*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB FIGUEROA AND MARY JACKSON, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CAPITAL ONE, N.A.,<br><br>　　　　　Defendant. | Case No.: 18-cv-692-JM(BGS)<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:　　January 11, 2021<br>Time:　　10:00 a.m.<br>Judge:　　Hon. Jeffrey T. Miller<br>Place:　　Courtroom 5D (5th Flr.) |

1. TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD, PLEASE TAKE NOTICE that on **January 11, 2021, at 10:00 a.m.** or as soon thereafter as the matter may be heard, in Courtroom 5D before the Honorable Jeffrey T. Miller, Plaintiffs and Class Counsel will, and hereby do, respectfully request that the Court grant Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement.

This Motion is based upon this Notice of Motion and Unopposed Motion; the accompanying Memorandum of Points and Authorities; the Settlement Agreement; the Declaration of Jeffrey Kaliel; the Declaration of Corinne Titmus, other pleadings and papers on file in this Action; and other such evidence or argument as may be presented to the Court at the hearing on this Motion.

Defendant, Capital One, N.A., does not oppose this Motion.

Respectfully submitted,

Dated: December 3, 2020

**CARLSON LYNCH LLP**

By: */s/Todd D. Carpenter*
Todd D. Carpenter (SBN 234464)
tcarpenter@carlsonlynch.com
(Eddie) Jae K. Kim (SBN 236805)
ekim@carlsonlynch.com
Scott G. Braden (SBN 305051)
sbraden@carlsonlynch.com
1350 Columbia St., Ste. 603
San Diego, CA 92101
Telephone:  619-762-1900
Facsimile:   619-756-6991

**KALIEL PLLC**
Jeffrey Kaliel (SBN 238293)
jkaliel@kalielpllc.com
Sophia Goren Gold (SBN 307971)
sgold@kalielpllc.com
1875 Connecticut Ave. NW, 10th Floor
Washington, DC  20009
Telephone:  202.350.4783

*Counsel for Plaintiffs and the Settlement Class*